IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50792
Summary Calendar

_____

BOBBY L. KIMBRELL,

                                        Plaintiff-Appellant,

versus

CHEVRON USA INC.,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-95-CV-224
- - - - - - - - - -
September 8, 1997
Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Bobby L. Kimbrell appeals the district court's grant of
summary judgment for Chevron USA, Inc., arguing that there are
genuine issues of material fact precluding summary judgment as to
age discrimination and intentional infliction of emotional
distress claims.  We have reviewed the record and the parties'
briefs and AFFIRM the district court's judgment for essentially
the same reasons set forth by the district court.  Kimbrell v.
Chevron USA, Inc., No. MO-95CV-224 (W.D. Tex. Sept. 13, 1996).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

AFFIRMED.